-O-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. CURRIER, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER ARZATE, *et al.*, <br><br> Defendants. <br> _____ | Case No. SACV 14-335-JGB (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Third Amended Complaint without leave to amend and dismissing this action with prejudice.

DATED: February 27, 2015 _____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE