JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD S. CURRIER, | ) | Case No. SACV 14-335-JGB (KK) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| OFFICER ARZATE, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's Third Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: February 27, 2015

_____

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE